Order entered June 29, 2018



In The
# Court of Appeals
## Fifth District of Texas at Dallas

### No. 05-18-00252-CV

**STEVEN N. HALL, Appellant**

**V.**

**PATRICIA HALL, Appellee**

**On Appeal from the 254th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DF-17-09911**

## ORDER

Before the Court is appellant's June 26, 2018 unopposed second motion for an extension of time to file a brief. We **GRANT** the motion and extend the time to **August 1, 2018**. We caution appellant that further requests for extension will be disfavored.

/s/    ADA BROWN
       JUSTICE